Kevin J. McKeon, Justin H. McCarthy, Harrisburg, for J.O. Vartan.

Kathleen E. Boyle, Philadelphia, for Pa. State Employees' Retirement Bd.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

Richard H. Glanton, Marilyn Heffley, Barbara R. Binis, Philadelphia, for PHEAA.

Jeffrey B. Clay, Harrisburg, for S.E.R.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

MAZZARO COAL AND DISPOSAL COMPANY, Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Feb. 15, 1994.

Robert O. Lampl, John P. Lacher, Pittsburgh, for Mazzaro Coal.

Ronald Skubecz, Harrisburg, for Atty. General's Office.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.